**STATE of Missouri, Plaintiff–
Respondent,**

v.

**Donald F. HINDS, Defendant–Appellant.**

No. 71440.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 15, 1997.

Donald F. Hinds, pro se.

Tim Braun, Tanya S. Muhm–Williams, St. Charles, for respondent.

Before AHRENS, P.J., CRANDALL J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

In this nonjury case, appellant, Donald F. Hinds, appeals the judgment of conviction for speeding, Sec. 304.101, RSMo 1994, entered by the Circuit Court of St. Charles County.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. Furthermore, an opinion reciting the detailed facts and restating the principles of law would serve no jurisprudential purpose. The judgment is affirmed in accordance with Rule 30.25(b).